Justices TODD and McCAFFERY join the opinion.

Henry M. GREER, Appellant

v.

Michael SPENCER, Business Supervisor at S.C.I. Graterford, Thomas J. Rowlands, Record Supervisor at S.C.I. Graterford, David Diguglielmo, Superintendent at S.C.I. Graterford, Appellees.

Supreme Court of Pennsylvania.

Nov. 17, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2010, the order of the Commonwealth Court is AFFIRMED.